■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JUAN R. BERNARDEZ, Appellant. [52 NYS3d 656]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated May 25, 2010 (*People v Bernardez*, 73 AD3d 1196 [2010]), affirming a judgment of the Supreme Court, Westchester County, rendered November 5, 2008.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Eng, P.J., Leventhal, Austin and Cohen, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTONIO BRUNO, Appellant. [52 NYS3d 648]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated April 15, 2015 (*People v Bruno*, 127 AD3d 986 [2015]), affirming a judgment of the Supreme Court, Kings County, rendered October 29, 2008.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Mastro, J.P., Leventhal, Maltese and Duffy, JJ., concur.